UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| MICHAEL S. GOLDBERG, LLC, ET AL. | | |
| | : | Case No.: 09-23370 (JAM) |
| Debtors. | : | Substantively Consolidated |

_____

| | | |
|---|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE | : | Adversary Proceeding |
| | : | No. 17-02029 (JAM) |
| Plaintiff, | : | |
| DEI PROPERTY MANAGEMENT, LLC, ET AL. | : | |
| Defendants. | : | NOVEMBER 27, 2018 |

## MOTION TO LIFT STAY

Defendants Roland G. LaBonte, Individually, Marilyn P. LaBonte, Individually,

Roland G. LaBonte, Trustee Of The Roland G. LaBonte Revocable Trust, Marilyn P.

LaBonte, Trustee Of The Marilyn P. LaBonte Revocable Trust, Marilyn P. LaBonte,

Trustee Of The Marilyn P. LaBonte 2015 Revocable Trust, and Scott A. LaBonte

respectfully move the court to lift the stay entered in this case on October 2, 2019 and in

support of this motion defendants represent as follows:

1.      This adversary proceeding was initially stayed by an Order dated January

18, 2019 and the stay extended by an Order dated August 9, 2019 and further extended

by an Order dated September 16, 2019. The stay was then ordered to remain in effect

until terminated by agreement of court order by the court on October 2, 2019 approving

a Stipulation And Order Maintaining And Extending Existing Stay (the "Stipulation And

Order") (Doc. No. 85). Paragraph 2 of the Stipulation and Order permits any party to this

adversary proceeding to, for good cause, move for an entry of an Order modifying or

lifting the stay.

2.      The aforementioned stay was entered due to the plaintiff commencing, on or about September 27, 2019, an action against various parties under the Racketeer Influenced Corrupt Organizations Act (the "RICO Case"). The RICO Case is entitled James Berman, Trustee v. Scott A. LaBonte, et al., Civil Action No. 19-cv-1533 (VLB) and is pending in the United States District Court for the District of Connecticut.

3.      The defendants are named as defendants in the RICO Case. Upon studying the lengthy complaint in the RICO Case, it has become apparent to the defendants that the RICO claims are not ripe until pending fraudulent transfer claims are resolved, including the fraudulent transfer claims in this adversary proceeding. Therefore, in order for the RICO Case to move forward, this case needs to be resolved, for the reasons set forth on pages 7-12 of the Memorandum Of Law In Support Of Motion To Stay Discovery filed by the defendants in the RICO Case, a copy of which is attached hereto as Exhibit A.

4.      The need to resolve this case before the RICO Case can be adjudicated constitutes good cause for the relief requested herein.

5.      The bankruptcy estate's potential inability to afford to pay its fees and costs in connection with prosecuting this case does not constitute good cause for continuance of the stay of this case.

6.      To the extent the defendants have consented to previous stays that were sought in this case by the plaintiff, such consents are hereby revoked.

**WHEREFORE,** the defendants respectfully request that the stay be lifted, that the court enter any new scheduling orders that may be necessary, and that this adversary proceeding should continue until adjudicated.

DEFENDANTS ROLAND G. LABONTE,
INDIVIDUALLY, MARILYN P. LABONTE,
INDIVIDUALLY, ROLAND G. LABONTE,
TRUSTEE OF THE ROLAND G. LABONTE
REVOCABLE TRUST, MARILYN P.
LABONTE, TRUSTEE OF THE MARILYN P.
LABONTE REVOCABLE TRUST, MARILYN P.
LABONTE, TRUSTEE OF THE MARILYN P.
LABONTE 2015 REVOCABLE TRUST, AND
SCOTT A. LABONTE


By: /s/ Mark H. Dean
      Mark H. Dean
      MARK H. DEAN, P.C.
      241 Main Street
      Hartford, CT 06106
      mdean@mhdpc.net
      (860) 541-6699
      Fed. No. CT01935

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice Of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mark H. Dean
    Mark H. Dean (CT01935)