## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR | : Adv. Proc. No. 17-02029 |
| THE SUBSTANTIVELY CONSOLIDATED | : |
| ESTATE OF MICHAEL S. GOLDBERG, LLC | : |
| AND MICHAEL S. GOLDBERG, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| DEI PROPERTY MANAGEMENT, LLC, ROLAND | : |
| G. LABONTE, MARILYN P. LABONTE, ROLAND | : |
| G. LABONTE, TRUSTEE OF THE ROLAND G. | : |
| LABONTE RECOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE REVOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE 2015 REVOCABLE TRUST, and | : |
| SCOTT A. LABONTE, | : |
| | : |
| Defendants. | : |
| | : |

### JOINT MOTION FOR ENTRY OF THIRD AMENDED PRETRIAL ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4), made applicable to this proceeding by Fed. R. Bankr. P. 7016, and D. Conn. L. Civ. R. 16(b), made applicable to this proceeding by D. Conn. LBR. 1001-1(1)(b), the Plaintiff, James Berman, the Chapter 7 Trustee for the substantively consolidated bankruptcy estate of Michael S. Goldberg, LLC and Michael S. Goldberg, sometimes d/b/a Acquisitions Unlimited Group (the "Trustee"), and Defendant's DEI Property

Management, LLC, Roland G. LaBonte, Marilyn P. LaBonte, Roland G. LaBonte, Trustee of the Roland G. LaBonte Revocable Trust, Marilyn P. LaBonte, Trustee of the Marilyn P. LaBonte Revocable Trust, Marilyn P. LaBonte, Trustee of the Marilyn P. LaBonte 2015 Revocable Trust, and Scott A. LaBonte (collectively "Defendants"), through their respective undersigned counsel, jointly move for the entry of a Third Amended Pretrial Order with the following deadlines:

1. Opening expert reports shall be served by the party bearing the burden of proof on an issue by April 3, 2020;[1]

2. Responsive expert reports shall be served by June 3, 2020;

3. Expert discovery shall be completed by August 31, 2020;

4. The case shall be trial ready by the earlier of October 1, 2020 or within forty-five (45) days of the Court's ruling on a dispositive motion that does not dispose of the entire case.

As good cause for the granting of the entry of the relief requested herein, the parties state as follows:

1. A Second Amended Pretrial Order entered on September 24, 2018. (*See* Docket Index ("D.I.") Nos. 61, 62). On December 28, 2018, the parties filed a joint motion for stay to permit them to pursue mediation of this and other pending and to-be-filed claims. (*Id.*, at 69). The joint motion for stay was granted by order dated January 18, 2019. (*Id.*, at 70).

2. The stay was continued by agreement and order dated August 8, 2019, *see* D.I. Nos. 77, 78, and was further continued by agreement and order dated September 16, 2019. (*Id.*, at 80, 81).

3. On September 30, 2019, the parties filed a Stipulation and Order Maintaining and Extending Existing Stay. (*See*, D.I. No. 84). By order dated October 2, 2019, this case was stayed pending agreement of the parties or further Court order. (*Id*, at 86).

---

[1] The parties agree that fact discovery is complete.

4. On November 27, 2019, Defendants filed a motion to terminate the exiting stay. (*See* D.I. No. 87). The Trustee opposed the motion to terminate the stay. (*See* D.I. No. 88). Following the entry of an order by the Hon. Alvin W. Thompson vacating a stay in a related proceeding on January 6, 2020, counsel for the parties met, conferred and agreed upon the above- proposed Third-Amended Pretrial Order deadlines.

5. The entry of the parties' Proposed Third-Amended Pretrial Order deadlines by the Court will resolve the Defendants' pending motion to terminate stay.

6. The Pretrial Order has been previously amended on two occasions.

WHEREFORE, the Parties respectfully request that this Court enter a Third-Amended Pretrial Order with the deadlines set forth above.

Dated at Bridgeport, Connecticut this 15th day of January, 2020

| | |
|---|---|
| James Berman, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg | Roland G. LaBonte, Marilyn P. LaBonte, Roland G. LaBonte, Trustee of the Roland G. LaBonte Revocable Trust, Marilyn P. LaBonte, Trustee of the Marilyn P. LaBonte Revocable Trust, Marilyn P. LaBonte, Trustee of the Marilyn P. LaBonte 2015 Revocable Trust, and Scott A. LaBonte |
| By: */s/ James M. Moriarty*<br>James M. Moriarty (ct21876)<br>ZEISLER & ZEISLER, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, Connecticut 06604<br>Tel: (203) 368-4234<br>Email: jmoriarty@zeislaw.com | By: */s/ Mark H. Dean*<br>Mark H. Dean, Esq. (ct01935)<br>Mark H. Dean, P.C.<br>241 Main Street, Suite 501<br>Hartford, CT 06106<br>Tel.: (860) 541-6699<br>Email: mdean@mhdpc.net |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| MICHAEL S. GOLDBERG, LLC, and | : Case No. 09-23370 (JAM) |
| MICHAEL S. GOLDBERG, | : Substantively Consolidated |
| | : |
| Debtors. | : |
| | : |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR | : Adv. Proc. No. 17-02029 |
| THE SUBSTANTIVELY CONSOLIDATED | : |
| ESTATE OF MICHAEL S. GOLDBERG, LLC | : |
| AND MICHAEL S. GOLDBERG, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | |
| DEI PROPERTY MANAGEMENT, LLC, ROLAND | : |
| G. LABONTE, MARILYN P. LABONTE, ROLAND | : |
| G. LABONTE, TRUSTEE OF THE ROLAND G. | : |
| LABONTE REVOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE REVOCABLE TRUST, MARILYN P. | : |
| LABONTE, TRUSTEE OF THE MARILYN P. | : |
| LABONTE 2015 REVOCABLE TRUST, and | : |
| SCOTT A. LABONTE, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of January, 2020, the foregoing was electronically filed with the United States Bankruptcy Court, District of Connecticut, Bridgeport Division. Notice of this filing will be sent electronically to all registered e-filers in this case by

4

operation of the Court's electronic filing system.  Parties may access this filing through the

Court's CM/ECF system.

                                                   / s / James M. Moriarty
                                                James M. Moriarty (ct21876